**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODRIGO CORTEZ, ) | No. CV 08-01 DMG (CW) |
| ) Petitioner, ) | JUDGMENT |
| ) v. ) | |
| ) JOHNNY F. SALAZAR, ) | |
| ) Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: April 30, 2010

_____
DOLLY M. GEE
United States District Judge